UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**GEORGE HORN**<br><br>Defendants. | CRIMINAL NO. MJM-26-052 |

FILED ___ LOGGED ___ ENTERED ___ RECEIVED
FEB 11 2026
CLERK, AT BALTIMORE
U.S. DISTRICT COURT
BY DISTRICT OF MARYLAND
DEPUTY

## MOTION TO UNSEAL CRIMINAL INDICTMENT

The United States of America moves this Honorable Court to order and direct that the above-captioned case be **UNSEALED**. In support of this motion, the government states that the defendant has been arrested in this matter, and is aware of the nature of the conduct for which he has been charged.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____
Michael F. Aubin
Assistant United States Attorney

**ORDERED** as prayed, this 11th day of February 2026.

_____
Honorable Erin Aslan
United States Magistrate Judge